UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR 16 AM 9:43

CLERK
SO. DIST. OF GA.

ANDRE ALEXIS GOLDEN, )
    Plaintiff, )
)
v. ) Case No. CV409-008
)
DISTRICT ATTORNEYS OFFICE OF )
OF CHATHAM COUNTY GEORGIA, )
SPENCER LAWTON, JR., and )
ASSISTANT DISTRICT ATTORNEY )
CHATHAM COUNTY GEORGIA, )
)
    Defendants. )

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 16 day of March, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA